UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:11-cr-48 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| RODNEY CABE ) | |

### **O R D E R**

    Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one-count Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; and (4) find Defendant shall remain in custody until sentencing in this matter (Court File No. 24). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 24) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

    (1)    Defendant's motion to withdraw his not guilty plea to Count One of the Indictment is **GRANTED**;

    (2)    Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

    (3)    Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment;

    (4)    Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **Thursday, January 26, 2012 at 9:00 a.m. [EASTERN]**

before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

2